IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILSON FABIAN PLATA VELASCO** | : | |
| | : | CIVIL ACTION |
| v. | : | No. 25-7419 |
| | : | |
| **MICHAEL ROSE, in his official capacity** | : | |
| As Acting Field Office Director of ICE, | : | |
| *et al.* | : | |

# ORDER

This 2nd day of January, 2026, it is hereby **ORDERED** that counsel for Petitioner shall promptly serve the Office of the United States Attorney by email at the addresses set forth below.[1]

The Department of Homeland Security is **ENJOINED** from moving Petitioner outside the boundaries of the Eastern District of Pennsylvania.

Respondents shall answer the Petition no later than Tuesday, January 6, at 3:00 p.m., ET.

 /s/ Gerald Austin McHugh
United States District Judge

---

[1] desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.