IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILSON FABIAN PLATA VELASCO      :
     :      **CIVIL ACTION**
v.      :      **No. 25-7419**
     :
MICHAEL ROSE, in his official capacity      :
As Acting Field Office Director of ICE,      :
*et al.*      :

**ORDER**

This 5th day of January, 2026, upon consideration of Petitioner Wilson Fabian Plata Velasco's Verified Petition for Writ of Habeas Corpus (ECF 1), and the government's opposition, it is hereby **ORDERED** that the motion is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that:

1.    The Court finds and declares that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

---

[1] The issues presented by this petition have been capably and thoroughly analyzed by numerous members of this Court, and no purpose is served by the delay in preparing an opinion addressing the same issues. *See* ECF 5, p. 1, n.1.  I therefore adopt and rely upon the reasoning of those decisions, including, without limitation, *Ndiaye v. Jamison*, No. 25-cv-6007, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025) (Sánchez, J.); *Kashranov v. Jamison*, No. 25-cv-5555, 2025 WL 3188399, at *4-7 (E.D. Pa. Nov. 14, 2025) (Wolson, J.);  *Diallo v. O'Neill, et al*, No 25-cv- 6358 (E.D. Pa. Nov. 26, 2025) (Savage, J.);  *Rios Porras v. O'Neill,* No.25-cv-6801, 2025 WL 3708900 (E.D. Pa. Dec. 22, 2025) (Beetlestone, J.).

2.      The government shall release Petitioner from custody immediately and certify compliance with this order by filing proof of his release on the docket no later than **1:00 p.m.  ET** on **January 7, 2025**.

3.      The government is temporarily enjoined from re-detaining Petitioner for seven days following his release from custody.

4.      If the government pursues re-detention of Petitioner, it must first provide him with a bond hearing at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

5.      If the government pursues re-detention of Wilson Fabian Plata Velasco, it shall not remove, transfer, or otherwise facilitate his removal from the Eastern District of Pennsylvania prior to the bond hearing that would then be required by this order.  If the immigration judge determines Petitioner is subject to detention under 8 U.S.C. § 1226(a), the government may request permission to move Petitioner if unforeseen or emergency circumstances arise that require his removal from this District.  That request must set forth the grounds for the request and a proposed destination.

      /s/ Gerald Austin McHugh
      United States District Judge

2